IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DAVID J. BLEVENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CAUSE NO.: 4:16-cv-00134-RLY-TAB |
| v. ) | |
| ) | |
| SANDUSKY LEE CORPORATION, TRI- ) | |
| CAM INDUSTRIES, INC., WAL-MART ) | |
| STORES, INC., FIMCO INC., PRECISION ) | |
| PRODUCTS, INC., and GLEASON ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants, Precision Products, Inc. and Gleason Corporation. I certify that I am admitted to practice in this Court.

LEWIS WAGNER, LLP

*/s/ Richard K. Shoultz*
RICHARD K. SHOULTZ, #15558-73
*Counsel for Defendants, Precision Products, Inc. and Gleason Corporation*

# CERTIFICATE OF SERVICE

      I hereby certify that on August 17, 2017, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system:

| | |
|---|---|
| John G. Simon<br>John M. Simon<br>Timothy M Cronin<br>THE SIMON LAW FIRM, PC<br>800 Market Street<br>Suite 1700<br>St Louis, MO  63101 | Aimee Rivera Cole<br>Paul T. Belch<br>TRAVELERS STAFF COUNSEL OFFICE<br>arivera@smithfisher.com280 E. 96th Street, Suite 325<br>Indianapolis, IN  46240 |
| Matthew J. Schad<br>SCHAD & SCHAD, PC<br>mschad@schadlaw.com223 East Spring Street<br>New Albany, IN  47150 | Eric C Papier<br>MCVEY & PARSKY, LLC<br>ecp@mcveyparsky-law.com30 N. LaSalle Street<br>Suite 2100<br>Chicago, IL  60602 |
| Matthew Reed King<br>FROST BROWN TODD, LLC<br>mking@fbtlaw.com201 North Illinois St,<br>Suite 1900<br>Indianapolis, IN  46204-4236 | |

                                                    */s/ Richard K. Shoultz*
                                                    RICHARD K. SHOULTZ

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:    317-237-0500
Facsimile:    317-630-2790
rshoultz@lewiswagner.com