IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DAVID J. BLEVENS<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. et al.<br><br>Defendants. | Case No. 4:16-cv-00134-RLY-TAB<br><br>JURY TRIAL DEMANDED |

### ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff David J. Blevens Motion to Voluntary Dismiss Precision Products, Inc. and Gleason Corporation Without Prejudice. Having considered Plaintiff's Motion, the Court hereby dismisses without prejudice all of Plaintiff's claims pending against Precision Products, Inc. and Gleason Corporation in this matter. All claims against the remaining defendants remain pending.

IT IS SO ORDERED.

Dated: 2/14/2018

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record