IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DAVID J. BLEVENS, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO.: 4:16-cv-00134-RLY-DML |
| TRI-CAM INDUSTRIES, INC., WAL-MART STORES, INC., | ) |
| Defendant. | ) |

## ORDER GRANTING WITHDRAWAL OF APPEARANCE

Kelly H. Eddy having filed her motion to withdraw her appearance as counsel for Defendants, Precision Products, Inc. and Gleason Corporation, and the Court having reviewed said motion and being duly advised, now grants said motion (Dkt. 147).

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Motion to Withdraw the Appearance of Kelly H. Eddy on behalf of the former Defendants, Precision Products, Inc. and Gleason Corporation, is hereby ordered withdrawn from this cause.

Date: 7/12/2018

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will made electronically on all ECF-registered counsel of record.